## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Mindy Jaye Zied-Campbell,            :
                      Petitioner     :
                                     :
            v.                       :            No. 730 M.D. 2018
                                     :
Commonwealth of Pennsylvania;        :
Pennsylvania Department of Health &  :
Human Services; Secretary of the     :
PDHS; Pennsylvania PDHS Bureau of    :
Hearings & Appeals; The Director &   :
Employees of the PDHS Boulevard      :
County Assistance Office,            :
                      Respondents    :

**PER CURIAM**                **O R D E R**

NOW, July 15, 2022, upon consideration of Petitioner's application for reconsideration, the application is denied.